1  Marc J. Randazza, Esq. SBN 269535
   Randazza Legal Group
2  3969 Fourth Avenue, Suite 204
   San Diego, CA 92103
3  888-667-1113
   305-437-7662 fax
4  mjr@randazza.com

5  Attorney for Plaintiff
   LIBERTY MEDIA HOLDINGS, LLC
6

7

8                    UNITED STATES DISTRICT COURT

9        SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

10

11 LIBERTY MEDIA HOLDINGS, LLC        )   Case No. 10-CV-2395-WQH-RBB
                                      )
12         Plaintiff,                 )   **NOTICE OF DISMISSAL OF SPANKWIRE,**
                                      )   **LTD AND MANWIN CANADA**
13         vs.                        )
                                      )
14 SPANKWIRE, LTD; ROONEY ROCKS, an   )
   alias; MANWIN CANADA, a Canadian   )
15 Corporation; DOE INDIVIDUALS 1-100;)
   and DOE COMPANIES 1-100,           )
16                                    )
           Defendants                 )
17                                    )
                                      )
18                                    )

19

20     Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Liberty Media Holdings, LLC

21 ("Plaintiff") hereby dismisses, with prejudice, each and every one of its claims and causes of

22 action against defendants Spankwire, Ltd. and Manwin Canada (collectively, "Defendants").

23 Each party shall bear its own fees and costs.

24 Dated: March 18, 2011                Respectfully submitted,

25                                      s/ Marc Randazza
                                        Marc J. Randazza, SBN 269535
26                                      Randazza Legal Group
                                        3969 Fourth Avenue Suite 204
27                                      San Diego, CA 92103
                                        888-667-1113
28                                      305-437-7662 (fax)
                                        mjr@randazza.com
                                        Attorney for Plaintiff, Liberty Media Holdings

                                        1

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed using this Court's CM/ECF system on March 18, 2011. An electronic copy was also sent via email to attorney for Defendants Spankwire Ltd. and Manwin Canada, Marc Mayer at MEM@msk.com.

Dated: March 18, 2011                Respectfully submitted,

s/ Marc Randazza
Marc J. Randazza, SBN 269535
Randazza Legal Group
3969 Fourth Avenue, Suite 204
San Diego, CA 92103
888-667-1113
305-437-7662 (fax)
mjr@randazza.com