# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC, <br><br> Plaintiff, <br> vs. <br> ROONEY ROCKS, an alias, <br><br> Defendant. | CASE NO. 10cv2395 WQH (RBB) <br><br> **ORDER** |

HAYES, Judge:

On September 13, 2010, Plaintiff filed the Complaint. (ECF No. 1). To date, proof of service has not been filed for Defendant Rooney Rocks.[1]

Federal Rule of Civil Procedure 4 requires that a summons and complaint be served "within 120 days after the complaint is filed." Fed. R. Civ. P. 4(m). If a plaintiff fails to serve the summons and complaint within that time limit, the court may dismiss the action without prejudice after notice to the plaintiff. *Id*.

This Order constitutes notice to Plaintiff that the Court will dismiss this action without prejudice on or after **Monday November 21, 2011,** unless, no later than that date, Plaintiff files either (1) proof that service of the summons and complaint was timely effectuated *or* (2) a declaration under penalty of perjury showing good cause for failure to timely serve the

//

//

---

[1] Plaintiff also named Spankwire, LTD and Manwin Canada as defendants; however, Plaintiff has voluntarily dismissed its claims against Defendants Spankwire, LTD and Manwin Canada.

1 | Defendant with the summons and complaint accompanied by a motion for leave to serve
2 | process outside of the 120 day period.
3 |     **IT IS SO ORDERED.**
4 | DATED: October 31, 2011

                                                        */s/ William Q. Hayes*
                                                        **WILLIAM Q. HAYES**
                                                        United States District Judge