**FILED**

NOV 23 2011

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC, a California Corporation,<br><br>                            Plaintiff,<br>vs.<br>ROONEY ROCKS, an alias; DOE INDIVIDUALS 1-100; DOE COMPANIES 1-100,<br><br>                          Defendants. | CASE NO. 10cv2395 WQH (RBB)<br><br>ORDER |

HAYES, Judge:

    On September 13, 2010, Plaintiff filed the Complaint. (ECF No. 1). To date, a proof of service has not been filed for Defendant Rooney Rocks.[1]

    On October 31, 2011, this Court issued an Order stating:

> Federal Rule of Civil Procedure 4 requires that a summons and complaint be served 'within 120 days after the complaint is filed.' Fed. R. Civ. P. 4(m). If a plaintiff fails to serve the summons and complaint within that time limit, the court may dismiss the action without prejudice after notice to the plaintiff. *Id.*
>
>     This Order constitutes notice to Plaintiff that the Court will dismiss this action without prejudice on or after **Monday November 21, 2011,** unless, no later than that date, Plaintiff files either (1) proof that service of the summons and complaint was timely effectuated *or*

---

[1] Plaintiff also named Spankwire, LTD and Manwin Canada as defendants; however, Plaintiff has voluntarily dismissed its claims against Defendants Spankwire, LTD and Manwin Canada.

- 1 -

10cv1809 WQH BLM

(2) a declaration under penalty of perjury showing good cause for failure to timely serve the Defendant with the summons and complaint accompanied by a motion for leave to serve process outside of the 120 day period.

(ECF No. 6 at 1-2).

To date, Plaintiff has failed to file either proof that service of the summons and complaint was timely effectuated or a declaration under penalty of perjury showing good cause for failure to timely serve Defendant Rooney Rocks. Accordingly, this action is dismissed without prejudice. The Clerk shall close the case.

**IT IS SO ORDERED.**

DATED: 11/21/11

WILLIAM Q. HAYES
United States District Judge